United States District Court
Southern District of Texas
FILED

JUN 2 1 2005

Michael N. Milby, Clerk

TDH

United States District Court
Southern District of Texas
ENTERED

JUN 2 1 2005

Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| V. | § § | **CASE NO. L-05-CR-585** |
| Jose Ricardo Mena Orozco | § | |

### ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on June 8, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 21st day of June, 2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE